OFFICIAL NOTICE FROM COURT OF CRIMINAL APPEALS OF TEXAS
P.O. BOX 12308, CAPITOL STATION, AUSTIN, TEXAS 78711

*ATW*

OFFICIAL BUSINESS
STATE OF TEXAS
PENALTY FOR
PRIVATE USE

UNITED STATES POSTAGE
PITNEY BOWES
02 1M
0004279596          DEC 04 2014
MAILED FROM ZIP CODE 78701
$ 00.26⁵

12/1/2014
WILLIAMS, BRETT KARLE    Tr. Ct. No. 1022140-A          WR-82,500-01
On this day, the application for 11.07 Writ of Habeas Corpus has been received
and presented to the Court.

Abel Acosta, Clerk

OOO 12760
BRETT KARLE WILLIAMS
HARRIS COUNTY JAIL - TDC#12760

RETURN TO SENDER
RELEASED FROM CUSTODY OF
HARRIS COUNTY SHERIFF'S OFFICE